UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | |
| ) | |
| RENEE EGLY aka RENEE MARTIN, ) | No. 17 C 7870 |
| RUSSELL MARTIN, RBS CITIZENS, N.A., ) | |
| CITIBANK, N.A., STATE FARM BANK, ) | Judge |
| BRUMUND, JACOBS, HAMMEL, ) | |
| DAVIDSON & ANDREANO, LLC, ) | |
| UNKNOWN OWNERS and NON-RECORD ) | |
| CLAIMANTS, ) | |
| ) | |
| Defendants. ) | |

## ATTORNEY DESIGNATION

Please take notice that the undersigned Special Assistant United States Attorney has been designated in the above captioned case with respect to the United States. This designation is provided for informational purposes only and does not constitute an appearance, a motion, or a responsive pleading and does not waive any defenses. See LR 83.16(b).

Respectfully submitted,

JOEL R. LEVIN
Acting United States Attorney

By: s/ Kate R. O'Loughlin
KATE R. O'LOUGHLIN
Special Assistant United States Attorney
500 W. Madison St., Suite 1150
Chicago, Illinois 60661
(312) 353-9098
kate.oloughlin@sba.gov